No. 10–222. WYETH LLC ET AL. v. KIRKLAND ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–230. FISHERMEN'S FINEST INC. ET AL. v. LOCKE, SECRETARY OF COMMERCE. C. A. 9th Cir. Certiorari denied.

No. 10–231. GRAY v. GENERAL ELECTRIC CO. C. A. 2d Cir. Certiorari denied.

No. 10–243. SONNENSCHEIN NATH & ROSENTHAL LLP v. ROSENTHAL. Ct. App. D. C. Certiorari denied.

No. 10–246. MONTGOMERY v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–248. ABRAM v. NEBRASKA. Ct. App. Neb. Certiorari denied.

No. 10–249. CWIK, AS SUCCESSOR INDEPENDENT ADMINISTRATOR OF THE ESTATE OF BOGDANOWICZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. v. GIANNOULIAS, ILLINOIS STATE TREASURER, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 10–253. UMPHREYVILLE v. GITTINS. C. A. 4th Cir. Certiorari denied.

No. 10–256. MELLOR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–258. JACKIM v. CITY OF BROOKLYN, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–259. COLLIS v. BANK OF AMERICA, N. A. C. A. 4th Cir. Certiorari denied.

No. 10–260. MATTIS v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–270. SKIDMORE ENERGY, INC. v. MAGHREB PETROLEUM EXPLORATION, S. A., ET AL. C. A. 9th Cir. Certiorari denied.